## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GLENDA WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-1018-G** |
| | ) | |
| **U.S. DEPARTMENT OF EDUCATION** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Now before the Court is a Motion for Voluntary Dismissal (Doc. No. 40) filed by pro se Plaintiff Glenda Wright. Plaintiff requests "a dismissal with prejudice" of this case, stating that she intends to seek assistance from free legal counsel. *Id.* at 1.

Defendants respond that they have no objection to the relief sought. *See* Defs.' Resp. (Doc. No. 43) at 2 & n.1. Plaintiff did not reply to Defendants' Response.

Upon consideration of the relevant record, Plaintiff's unopposed Motion for Voluntary Dismissal (Doc. No. 40) is GRANTED. This action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). *See* Fed. R. Civ. P. 41(a)(2); *see also Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (advising district courts not "to assume the role of advocate for the pro se litigant").

A separate judgment shall be entered.

IT IS SO ORDERED this 15th day of December, 2025.

CHARLES B. GOODWIN
United States District Judge